## Elam *v.* Bynum et al.

The appearance of a husband as a co-defendant with his wife in a suit, is tantamount to an
    express authority on his par for ther appearance; but where an appeal is allowed to a
    husband and wife on motion in open court, and the husband afterwards abandons the ap-
    peal, giving no bond and making no appearance in the Supreme Court, the prosecution of the
    appeal will be considered, as to the wife, as unauthorised.  Affidavits of the husband, or of
    his attorney, exhibited on the motion to dismiss, to prove the authorisation of the wife, will
    not be noticed; the case must be determined as it stood at the time of the motion to dismiss.

APPEAL from the District Court of Rapides, *King*, J.  *Flint*, for the
plaintiff.  *Hyman* and *Cumming*, for the appellants.  The judgment of
the court was pronounced by

EUSTIS, C. J.  A motion is made to dismiss this appeal as to *Bynum* and
wife.  The former has furnished no appeal bond, and there is no ground on
which he can be considered as lawfully before the court.  As to the wife, the
motion is made on the ground that she has no authority from her husband, or
the court, to prosecute this appeal.  The appeal appears to have been taken by
the *defendants* respectively; it was allowed on their motion, in open court.

We have always held that the appearance of the husband as a co-defendant

with the wife in a suit, was tantamount to an express authority on his part for her appearance. The wife must be considered as having taken this appeal with the authority of the husband, in the court below. But he abandoned the appeal, gave no bond, and made no appearance in this court. The wife is then without the presence and without the authority of her husband in this court, no authority having been shown for her appearance. As to the affidavit of the husband and the attorney, exhibited on the motion to dismiss, we are not permitted to notice them. The case must be determined as it stood on the motion to dismiss, without the appearance of the husband as a party to the appeal.

As to the other defendant, *Bray*, we have been furnished with no argument on the part of his counsel, and from an examination of the evidence we are satisfied there is no error in the verdict and judgment rendered against him.

The appeal, so far as relates to *Bynum* and wife, is dismissed; and the judgment against *Bray* is affirmed, with costs as to the several appellants.